IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00290-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SUSAN BOUCHER,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Defendant's motion for return of passport is granted.

Dated: April 23, 2008

                                                  s/ Jane Trexler, Judicial Assistant