IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00290-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SUSAN M. BOUCHER,

      Defendant.

_____

**ORDER**
_____

      Defendant moves to modify her sentence pursuant to 18 U.S.C. § 3582.

Because of serious health problems and alleged inadequacy of treatment or care at the

designated prison (FMC Carswell), defendant seeks an order allowing her to serve the

balance of her sentence by home confinement. The government opposes the motion,

arguing that I have no authority to make the requested modification under the

circumstances presented. The government is correct. Defendant does not present any

circumstance which would authorize me to change her sentence under either § 3582 or

Fed. R. Crim. P. 35.  Accordingly, defendant's motion is denied.

DATED at Denver, Colorado, on August 15, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge